## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : CASE NO.: 0:19-cv-61787-RKA : : |
| v. | : CLASS ACTION : |
| RAPID RESPONSE MONITORING SERVICES INCORPORATED, a New York company, and FIVE DIAMOND SECURITY, LLC, a Florida company, | : : : : : |
| Defendants. | : : |

### DEFENDANT RAPID RESPONSE MONITORING SERVICES INCORPORATED'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO <u>CLASS ACTION COMPLAINT</u>

Defendant Rapid Response Monitoring Services Incorporated (hereinafter "Defendant" or "Rapid Response Monitoring"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby files this Unopposed Motion for Extension of Time to respond to the Class Action Complaint [DE 1] filed by Plaintiff James Everett Shelton, individually and on behalf of all others similarly situated ("Plaintiff"), and in support thereof, states as follows:

1. Plaintiff served the Class Action Complaint under the Telephone Consumer Protection Act ("TCPA") and related claims on Rapid Response [DE 1] on July 24, 2019.

2. Defendant's response to the Complaint is due on August 14, 2019.

3. Federal Rule of Civil Procedure 6(b)(1)(A) allows this Court to extend the time for Defendant to respond to the Complaint.

4. Undersigned counsel is working to investigate the facts and prepare the response

in this case. Due to scheduling conflicts and the press of other business matters, Defendant respectfully requests a 30 day extension of time, up to and including September 13, 2019, to file its response to Plaintiff's Complaint.

5. On August 5, 2019, Defendant's counsel conferred with Plaintiff's counsel, Avi Kaufman, Esquire, regarding the requested extension of time and Mr. Kaufman advised that he has no objection to the requested extension of time.

6. Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment and, should the Court grant the relief requested herein, Plaintiff will not be unduly prejudiced.

7. A copy of the proposed Order is attached hereto as Exhibit "A."

WHEREFORE, Defendant, Rapid Response Monitoring Services Incorporated, respectfully requests that this Court grant it an extension of time, through and including September 14, 2019, within which to file its response to Plaintiff's Class Action Complaint, together with such other and further relief this Court deems just and proper.

Respectfully Submitted,

**BUCHANAN INGERSOLL & ROONEY, PC**
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, Florida  33131
Telephone: (305) 347-4080
Facsimile:  (305) 347-4089

By:    */s/ Jennifer Olmedo-Rodriguez*
Jennifer Olmedo-Rodriguez, Esq.
Florida Bar No. 605158
Jennifer.olmedo-rodriguez@bipc.com

*Counsel for Defendant, Rapid Response Monitoring Services Incorporated*

BUCHANAN INGERSOLL & ROONEY PC :: One Biscayne Tower :: Two South Biscayne Boulevard, Suite 1500 ::  Miami, FL 33131-1822 :: T 305 347 4080 :: F 305 347 4089

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF on August 7, 2019 and a copy of same will be served by the E-Filing Portal via E-mail upon counsel or parties registered on the CM/ECF system.

By:   */s/ Jennifer Olmedo-Rodriguez*
Jennifer Olmedo-Rodriguez, Esq.
Florida Bar No. 605158

4833-5199-6575, v. 1