# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : CASE NO.: 0:19-cv-61787-RKA : : |
| v. | : CLASS ACTION : |
| RAPID RESPONSE MONITORING SERVICES INCORPORATED, a New York company, and FIVE DIAMOND SECURITY, LLC, a Florida company, | : : : : : |
| Defendants. | : : |

## DEFENDANT RAPID RESPONSE MONITORING SERVICES INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rapid Response Monitoring Services Incorporated states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

DATE:  August 7, 2019

          Respectfully Submitted,

          **BUCHANAN INGERSOLL & ROONEY, PC**
          One Biscayne Tower
          2 South Biscayne Blvd., Suite 1500
          Miami, Florida  33131
          Telephone: (305) 347-4080
          Facsimile:  (305) 347-4089

By:   */s/ Jennifer Olmedo-Rodriguez*
          Jennifer Olmedo-Rodriguez, Esq.
          Florida Bar No. 605158
          Jennifer.olmedo-rodriguez@bipc.com

          *Counsel for Defendant, Rapid Response Monitoring Services Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF on August 7, 2019 and a copy of same will be served by the E-Filing Portal via E-mail upon counsel or parties registered on the CM/ECF system.

> By:  */s/ Jennifer Olmedo-Rodriguez*
> Jennifer Olmedo-Rodriguez, Esq.
> Florida Bar No. 605158

4835-7842-4479, v. 1

BUCHANAN INGERSOLL & ROONEY PC :: One Biscayne Tower :: Two South Biscayne Boulevard, Suite 1500 :: Miami, FL 33131-1822 :: T 305 347 4080 :: F 305 347 4089

2