UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-61787-RKA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RAPID RESPONSE MONITORING SERVICES INCORPORATED., a New York company, and FIVE DIAMOND SECURITY, LLC, a Florida company,<br><br>*Defendants*. | **CLASS ACTION** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff James Everett Shelton hereby dismisses his claims against Defendant Rapid Response Monitoring Incorporated without prejudice with each party to bear its own attorneys' fees and costs.

Dated:  August 26, 2019.

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff James Everett Shelton
and all others similarly situated*

1