**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61787-CIV-ALTMAN/Hunt**

**JAMES EVERETT SHELTON**,

    **Plaintiff**,
v.

**RAPID RESPONSE**
**MONITORING SERVICES INC.**, *et al.*,

    **Defendants**.
_____/

**ORDER**

    **THIS MATTER** comes before the court on a *sua sponte* review of the record. On July 23, 2019, the Plaintiff served a copy of the summons and Complaint [ECF No. 1] on the Defendant, Five Diamond Security, LLC ("Five Diamond"). [ECF No. 7]. Rule 12 of the Federal Rules of Civil Procedure provides that "[a] defendant must serve an answer: . . . within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A). As of this Order, Five Diamond has failed to respond to the Complaint, and the deadline to do so has passed.

    Accordingly, the Court **ORDERS** the Plaintiff, pursuant to Fed. R. Civ. P. 55(a), to submit a motion for entry of clerk's default against Five Diamond by **September 4, 2019**. The Plaintiff's failure to file the motion for entry of clerk's default within the specified time may result in **dismissal** without prejudice and without further notice. The Plaintiff will be relieved of this requirement if Five Diamond files an answer or other response to the Complaint before the Plaintiff moves for entry of default.

2

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of August 2019.

                                                                   **ROY K. ALTMAN**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record