UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61787-CIV-ALTMAN/Hunt

JAMES EVERETT SHELTON, *et al.*,

      **Plaintiffs**,

v.

RAPID RESPONSE MONITORING
SERVICES INCORPORATED, *et al.*,

      **Defendants**.

_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires the plaintiff to serve copies of the summons and complaint on the defendant within 90 days after the filing of the complaint. On September 10, 2019, the Plaintiffs filed a First Amended Complaint that joined a new Defendant, Frank Erickson ("Erickson"), as a party to this action. *See* First Am. Compl. [ECF No. 19]. As of this writing, however, there is no indication in the court file that Erickson has been served with either the Summons or the First Amended Complaint.

The Court therefore **ORDERS AND ADJUDGES** that, on or before **December 9, 2019**, the Plaintiffs shall perfect service upon Erickson or show cause why the Court should not dismiss Erickson as a Defendant for failure to perfect service of process. Failure to file proof of service or to show good cause by **December 9, 2019** will result in a dismissal of this action, as against Erickson, without prejudice and without further notice.

2

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of October 2019.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record