UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61787-CIV-ALTMAN/Hunt

**JAMES EVERETT SHELTON,**
and **GEORGE MOORE, individually
and on behalf of others similarly situated,**
Plaintiffs,

v.

**SECURITY SYSTEMS, INC. D/B/A SAFE
HOME SECURITY,** a Connecticut company,
**SAFEGUARD SECURITY & SURVEILLANCE, INC.,**
a Connecticut company, **FIVE DIAMOND
SECURITY, LLC,** a Florida company, and
**FRANK ERICKSON,**
Defendants.
_____/

## UNOPPOSED MOTION OF MANUEL KUSHNER, ESQ. AND MANUEL KUSHNER LAW FIRM, PLLC TO WITHDRAW AS COUNSEL FOR FIVE DIAMOND SECURITY, LLC

Manuel Kushner, Esq., on behalf of himself and Manuel Kushner Law Firm, PLLC ("Movant"), hereby files this motion to withdraw as counsel for Defendant, Five Diamond Security, LLC ("Five Diamond"), and states:

1. Five Diamond has informed undersigned counsel that it is unable to continue to meet its financial obligation to Movant, and wishes therefore, for Movant to withdraw from representation of Five Diamond at this time. Five Diamond has further advised that it lacks sufficient financial resources to meet the anticipated future legal fees and costs that undersigned counsel believes are necessary to engage in meaningful discovery and to defend this case. Therefore, the continued representation of Five Diamond will present an unreasonable financial burden upon undersigned counsel.

2. Five Diamond has been apprised of the ramifications of the withdrawal of the undersigned counsel at this time, and the need for Five Diamond to take immediate steps to retain successor counsel.

3. No parties will be prejudiced by the granting of this Motion.

## MEMORANDUM OF LAW

Rule 4-1.16(a)(3) of the Rules Regulating the Florida Bar requires a lawyer to withdraw from representation where, as here, the lawyer has been discharged. Moreover, Rule 4-1.16(b) of the Rules Regulating the Florida Bar authorizes a lawyer to withdraw from representation when: "(4) the representation will result in an unreasonable financial burden on the lawyer . . .; or (5) other good cause for withdrawal exists." As is more fully described above, sufficient good cause exists to permit the withdrawal of undersigned as counsel of record for Defendant, Five Diamond.

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel confirms that he has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues presented in this Motion to Withdraw, and that Plaintiff's counsel has advised he does not oppose this Motion to Withdraw or the relief sought herein.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order: (a) Granting this Motion to Withdraw; (b) Authorizing Manuel Kushner, Esq. and Manuel Kushner Law Firm, PLLC to withdraw as counsel of record for Defendant Five Diamond; (c) Relieving Manuel Kushner, Esq. and Manuel Kushner Law Firm, PLLC from any and all further obligations on behalf of Defendant Five Diamond in this action; (d) Providing Defendant Five Diamond with at least thirty (30) days to retain successor counsel before any additional pretrial deadlines are

imposed upon it; (e) Directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Five Diamond Security, LLC c/o Robert Bernstein, 3303 Port Royal Drive South, apartment 801, Ft. Lauderdale, Florida 33308, (Telephone number: (954) 383-1637; E-mail Address: rb4129@aol.com) until such time as successor counsel enters an appearance; and (f) Awarding such other and further relief as this Court deems just and proper.

Dated: January 20, 2020

    Respectfully submitted,

    /s/ Manuel Kushner_____
Manuel Kushner
Florida Bar No. 330957
Attorney for Five Diamond Security, LLC
Manuel@kushnerfirm.com
Legal-service@kushnerfirm.com
Manuel Kushner Law Firm, PLLC
The Worth Avenue Building
205 Worth Avenue, suite 320
Palm Beach, Florida 33480
Telephone: 561-333-1615

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the EM/ECF system to all counsel of record, and via United States mail and via e-mail to Five Diamond Security, LLC c/o Robert Bernstein, 3303 Port Royal Drive South, apartment 801, Ft. Lauderdale, Florida 33308 (e-mail address: rb4129@aol.com),  this 20th day of January, 2020.

/s/ Manuel Kushner_____
Manuel Kushner
Florida Bar No. 330957
Attorney for Five Diamond Security, LLC
Manuel@kushnerfirm.com
Legal-service@kushnerfirm.com
Manuel Kushner Law Firm, PLLC
The Worth Avenue Building
205 Worth Avenue, suite 320
Palm Beach, Florida 33480
Telephone:  561-333-1615