# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES EVERETT SHELTON and GEORGE MOORE, individually and on behalf of all others similarly situated, | Case No. 19-cv-61787-RKA |
| *Plaintiffs*, | **CLASS ACTION** |
| v. | |
| SECURITY SYSTEMS, INC. D/B/A SAFE HOME SECURITY, a Connecticut company, SAFEGUARD SECURITY & SURVEILLANCE INC., a Connecticut company, and FIVE DIAMOND SECURITY, LLC, a Florida company, | |
| *Defendants*. | |

## NOTICE OF SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order (D.E. 35), the parties have agreed to mediate this case with Jeffrey Grubman on September 16, 2020 starting at 9:00 a.m. at JAMS, 600 Brickell Avenue, Suite 2600, Miami, FL 33131. A proposed order is attached hereto.

Dated: January 28, 2020

*/s/ Avi R. Kaufman*
Avi R. Kaufman (Florida Bar no. 84382)
Rachel E. Kaufman (Florida Bar no. 87406)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
          rachel@kaufmanpa.com

*Counsel for Plaintiffs James Everett Shelton and George Moore and all others similarly situated*