UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES EVERETT SHELTON and GEORGE MOORE, individually and on behalf of all others similarly situated, | Case No. 19-cv-61787 |
| *Plaintiffs*, | **CLASS ACTION** |
| v. | |
| SECURITY SYSTEMS, INC. D/B/A SAFE HOME SECURITY, a Connecticut company, SAFEGUARD SECURITY & SURVEILLANCE INC., a Connecticut company, FIVE DIAMOND SECURITY, LLC, a Florida company, and FRANK ERICKSON, | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR COURT DEFAULT**
**AGAINST DEFENDANT FIVE DIAMOND SECURITY, LLC**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs James Everett Shelton and George Moore request that the Court enter a default against Defendant Five Diamond Security, LLC for failing to obtain new counsel as required by the Court.

On February 28, 2020, the Court granted Manuel Kushner's motion to withdraw as counsel for Defendant Five Diamond and granted Five Diamond ten days within which to obtain successor counsel. Accordingly, Five Diamond was required to obtain new counsel by March 9, 2020. Defendant Five Diamond failed to comply with the Court's order. As of April 1, 2020, Five Diamond is still without new counsel.

Entry of default is proper because Defendant Five Diamond is a corporation and cannot defend this action without counsel. "It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel." *Rowland v.*

1

*California Men's Colony*, 506 U.S. 194, 202, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993); *see also Palazzo v Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can only act through agents, cannot appear *pro se*, and must be represented by counsel."); *Mayorga v. Stamp Concrete & Pavers, Inc.*, No. 13-81274-CIV-SELTZER, 2015 U.S. Dist. LEXIS 35804, at *3 (S.D. Fla. Mar. 23, 2015) (granting Plaintiff's motion for default where corporate defendant failed to obtain new counsel by deadline established by court).

As it has failed to "otherwise defend" this action pursuant to Rule 55(a), Plaintiffs request entry of a default against Defendant Five Diamond Security, LLC.

Dated:  April 1, 2020.        Respectfully Submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiffs James Everett Shelton and George Moore and all others similarly situated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the EM/ECF system to all counsel of record, and via United States mail and via e-mail to Five Diamond Security, LLC c/o Robert Bernstein, 3303 Port Royal Drive South, apartment 801, Ft. Lauderdale, Florida 33308 (e-mail address: rb4l29@aol.com), this 1st day of April, 2020.

*/s/ Avi Kaufman*
Avi R. Kaufman