UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61787-CIV-ALTMAN/Hunt

**JAMES EVERETT SHELTON**, *et al.*,

    *Plaintiffs*,

v.

**RAPID RESPONSE MONITORING SERVICES INCORPORATED**, *et al.*,

    *Defendants*.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Defendants' Motion to Dismiss [ECF No. 26]. This Court held a telephonic hearing [ECF No. 58] on May 1, 2020—at which the parties presented their oral arguments. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** that:

1. Plaintiff George Moore's *ore tenus* Motion to Transfer is **DENIED**.

2. The Motion to Dismiss [ECF No. 26] is **GRANTED** as follows:

    a. The Amended Complaint [ECF No. 19] is **DISMISSED without prejudice**.

    b. Plaintiff George Moore is **DISMISSED** from this action **without prejudice**.

    c. Plaintiff James Everett Shelton ("Shelton") shall file a *notice*—**by May 4, 2020**—indicating whether Shelton intends to (i) voluntarily dismiss this action; or (ii) file a second amended complaint, in which case Shelton shall file a second amended complaint **by May 11, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of May 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record