UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES EVERETT SHELTON and GEORGE MOORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITY SYSTEMS, INC. D/B/A SAFE HOME SECURITY, a Connecticut company, SAFEGUARD SECURITY & SURVEILLANCE INC., a Connecticut company, FIVE DIAMOND SECURITY, LLC, a Florida company, and FRANK ERICKSON,<br><br>*Defendants*. | Case No. 19-cv-61787<br><br>**CLASS ACTION** |

**NOTICE OF INTENT TO VOLUNTARILY DISMISS**

Pursuant to the Court's May 1, 2020 Order [D.E. 59], Plaintiff James Everett Shelton hereby provides notices of his intent to voluntarily dismiss this action.

Dated: May 4, 2020.

> */s/ Avi Kaufman*
> Avi R. Kaufman (FL Bar no. 84382)
> kaufman@kaufmanpa.com
> Rachel E. Kaufman (FL Bar no. 87406)
> rachel@kaufmanpa.com
> KAUFMAN P.A.
> 400 NW 26th Street
> Miami, FL 33127
> Telephone: (305) 469-5881
>
> *Counsel for Plaintiffs James Everett Shelton and George Moore and all others similarly situated*