**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61787-CIV-ALTMAN/Hunt**

**JAMES EVERETT SHELTON**,

     *Plaintiff*,

v.

**RAPID RESPONSE MONITORING**
**SERVICES INCORPORATED**, *et al.*,

     *Defendants*.

_____/

**ORDER OF DISMISSAL**

     **THIS MATTER** is before the Court on the Plaintiff's Notice of Intent To Voluntarily

Dismiss [ECF No. 60], filed on May 4, 2020. Being fully advised, the Court hereby

     **ORDERS** that this action is **DISMISSED without prejudice**. The Clerk shall **CLOSE**

the case, all pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as

moot.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of May 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record