UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES EVERETT SHELTON and GEORGE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY SYSTEMS, INC. D/B/A SAFE HOME SECURITY, a Connecticut company, SAFEGUARD SECURITY & SURVEILLANCE INC., a Connecticut company, FIVE DIAMOND SECURITY, LLC, a Florida company, and FRANK ERICKSON,<br><br>Defendants. | Case No. 19-cv-61787-RKA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed, with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated:     May 8, 2020

| | |
|---|---|
| s/Avi R. Kaufman<br>Avi Kaufman, Esq.<br>Kaufman P.A.<br>*Attorney for Plaintiffs*<br>31 Samana Drive<br>Miami, FL 33133<br>305-469-5881<br>E-mail: kaufman@kaufmanpa.com | Joseph Lipari<br>The Sultzer Law Group, P.C.<br>*Attorney for Defendants*<br>270 Madison Avenue, Suite 1800<br>New York, NY 10016<br>917-444-1960<br>E-mail: liparij@thesultzerlawgroup.com |

6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of May, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Susan V. Warner
                                                Susan V. Warner

## SERVICE LIST
**JAMES EVERETT SHELTON et al. vs. SECURITY SYSTEMS, INC. et al.**
**CASE NO: 0:19-cv-61787-RKA**
United States District Court, Southern District of Florida

| | |
|---|---|
| Avi R. Kaufman<br>kaufman@kaufmanpa.com<br>Rachel E. Kaufman<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>400 NW 26thStreet<br>Miami, FL 33127<br>*Counsel for Plaintiffs James Everett Shelton and*<br>*George Moore and all others similarly situated* | Five Diamond Security, LLC<br>c/o Robert Berstein<br>3303 Port Royal Drive South<br># 801<br>Ft. Lauderdale, Florida 33308 |