UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61787-CIV-ALTMAN/Hunt

**JAMES EVERETT SHELTON**,

    *Plaintiff*,

v.

**RAPID RESPONSE MONITORING SERVICES INCORPORATED**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal with Prejudice ("Stipulation") [ECF No. 62]. The parties seek a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court notes that the Stipulation is self-executing. Accordingly, the Court hereby **DISMISSES** this case **with prejudice**. This action shall remain closed, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record